IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>RASMUSSEN MECHANICAL SERVICES, INC., d/b/a<br>C.G. Johnson Boiler Company, et al.,<br><br>    Defendants. | 8:13CV374<br><br>ORDER |

  This matter is before the court following receipt of a January 20, 2015, letter from the parties regarding mediation. The parties represent they are in the process of scheduling a mediation in late February or early March and that all deadlines should be suspended until mediation is complete. In light of the parties' request, this matter is stayed pending mediation. The parties shall file a joint letter on the status of the mediation and whether the case has been settled **on or before March 23, 2015**.

  **IT IS SO ORDERED**.

  Dated this 21st day of January, 2015.

                BY THE COURT:

                s/ Thomas D. Thalken
                United States Magistrate Judge