IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HILL,<br><br>    Plaintiff,<br><br>v.<br><br>RASMUSSEN MECHANICAL SERVICES, INC. d/b/a C.G. JOHNSON BOILER COMPANY, BRUCE E. RASMUSSEN, and THE BOARD OF TRUSTEES OF THE BOILERMAKERS NATIONAL ANNUITY TRUST,<br><br>    Defendants. | **CASE NO: 8:13-cv-00374**<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter is before the Court on the parties' Joint Stipulation For Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41. The Court finds that the Joint Stipulation is proper and an order should be entered on terms consistent therewith.

THEREFORE, IT IS ORDERED THAT:

1. This case, including all claims and counterclaims, is dismissed with prejudice.

2. Each party shall bear its own fees and costs.

DATED this 7th day of May, 2015.

                                                                BY THE COURT:

                                                                 s/Joseph F. Bataillon
                                                                  Senior United States District Judge

2

Approved as to form and content:

s/Joseph J. Kehm
Joseph J. Kehm, #22433
Thomas M. Locher, #15797
LOCHER PAVELKA DOSTAL
 BRADDY & HAMMES, L.L.C.
200 The Omaha Club
2002 Douglas Street
Omaha, NE. 68102
jkehm@lpdbhlaw.com
tlocher@lpdbhlaw.com
Phone: (402) 898-7000
Fax: (402) 898-7130

Approved as to form and content:

s/David A. Yudelson
David A. Yudelson, #23257
Patrice D. Ott, #24435
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390-9500
(402) 390-9005 (facsimile)
David.Yudelson@koleyjessen.com
Patrice.ott@koleyjessen.com

Approved as to form and content:

s/Charles R. Schwartz
Charles R. Schwartz
BLAKE & UHLIG, P.A.
753 State Ave., Suite 475
Kansas City, KS 66101
Phone: (913) 321-8884
Fax: (913) 321-2396
crs@blake-uhlig.com